**E-filed 8/17/06**

HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/pa
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MENDOZA, | No.: C06-04392 RS |
| Plaintiff, | |
| v. | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C., Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

1
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

```
 1   Dated: August 9, 2006              /s/
                                        HARVEY P. SACKETT
 2                                      Attorney for Plaintiff
 3
 4       IT IS SO ORDERED.    8/16/06   US District Court Judge
 5                                        Jeremy Fogel
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

2
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE