HARVEY P. SACKETT (72488)

**E-filed 1/22/07**

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN J. MENDOZA, | ) Civil No. 06-04392 JF |
| Plaintiff, | ) |
| v. | ) |
| | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Friday, February 16, 2007 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | KEVIN V. RYAN<br>United States Attorney<br>SARA WINSLOW<br>Assistant United States Attorney |
| Dated: January 15, 2007 | */s/*<br>JOHN C. CUSKER<br>Special Assistant U.S. Attorney |
| Dated: January 15, 2007 | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>JOHN J. MENDOZA |

IT IS SO ORDERED.

Dated:  1/19/07

HON. JEREMY FOGEL
United States District Judge

2

STIPULATION AND ORDER