**E-Filed 8/2/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN J. MENDOZA,

          Plaintiff,

       v.

MICHAEL J. ASTRUE,[1]
Commissioner,
Social Security Administration,

          Defendant.

Case Number C 06-04392 JF

ORDER[2] OF REMAND

The parties' arguments having been considered, Plaintiff's motion for summary judgment having been denied and Defendant's motion for remand having been granted, IT IS HEREBY ORDERED AND ADJUDGED that the matter is remanded for further proceedings. The Clerk of the Court shall close the file.

---

[1] Michael J. Astrue became Commissioner of the Social Security Administration on February 1, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is substituted for Jo Anne B. Barnhart as the defendant in this matter.

[2] This disposition is not designated for publication and may not be cited.

Case No. C 06-04392 JF
ORDER OF REMAND
(JFEX3)/(JFLC1)

1
2   DATED: August 2, 2007.
3
4
                                    _____
5                                   JEREMY FOGEL
                                    United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. C 06-04392 JF
ORDER OF REMAND
(JFEX3)/(JFLC1)

| | | |
|---|---|---|
| 1 | This Order has been served upon the following persons: | |
| 2 | John C. Cusker | john.cusker@ssa.gov |
| 3 | Harvey Peter Sackett | hps@hpspc.com, lucyc@sackettlaw.com; julie@sackettlaw.com; juanita@sackettlaw.com |
| 4-5 | Sara Winslow | sara.winslow@usdoj.gov, kathy.terry@usdoj.gov; claire.muller@usdoj.gov |

3

Case No. C 06-04392 JF
ORDER OF REMAND
(JFEX3)/(JFLC1)