HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

\*\*E-Filed 12/8/2010\*\*

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
E-mail: hps@sackettlaw.com

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. MENDOZA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration,<br><br>　　　　Defendant. | No.  C 06-04392 JF<br><br>[PROPOSED] ORDER |

　　The court having considered the pleadings and the matter having been duly submitted:

　　　IT IS HEREBY ORDERED AND ADJUDGED that:

　　　1.　　Plaintiff's motion is granted;

　　　2.　　Plaintiff's counsel shall collect a net payment of $23,933.88 in attorney's fees in accordance with 28 U.S.C. § 406(b)(1)(A).

///

///

///

1

[PROPOSED] ORDER

| | |
|---|---|
| Dated: 12/8/2010 | _____<br>HON. JEREMY FOGEL<br>United States District Judge |

[PROPOSED] ORDER